# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Lia Galan

)
)     **Bankruptcy No.** 12 B 06614
)
**Debtor(s)**     )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:    See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on <u>February 28, 2013 at 10:30 a.m.</u> In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, David P. Leibowitz is ordered to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 3, 2013

In re: Lia Galan
Bankruptcy No. 12 B 06614

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on January 3, 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

*Debtor's Attorney*

**Tom Makedonski**
Law Office of Tom Makedonski
4248 W Harrington Lane
Chicago, IL 60646

*Trustee*

**David P Leibowitz, ESQ**
Leibowitz Law Center
420 Clayton Street
Waukegan, IL 60085-4232

*U.S. Trustee*

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Clasee Mail

*Debtor*

**Lia Galan**
5221 Brummel
Skokie, IL 60077